UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

TACTACELL L L C                             CIVIL ACTION NO.  6:22-CV-00773

VERSUS                                      JUDGE DAVID C. JOSEPH

DEER MANAGEMENT SYSTEMS LLC   MAGISTRATE JUDGE DAVID J. AYO

## ORDER

Considering the MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION, (Rec. Doc. 54), filed by Rick A. Dold, counsel for Defendant Deer Management Systems, LLC, it is hereby

ORDERED that the motion is GRANTED.

Signed at Lafayette, Louisiana on this 28th day of July, 2023.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE