UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TACTACELL, LLC** | **CIVIL ACTION NO.: "6:22-CV-00773"** |
| VERSUS | **JUDGE: David C. Joseph** |
| **DEER MANAGEMENT SYSTEMS, LLC** | **MAGISTRATE: David Ayo** |

**MOTION FOR ORAL ARGUMENT**

  **NOW INTO COURT**, through undersigned counsel, comes Tactacell, LLC ("Tactacell"), who respectfully moves this Honorable Court to allow oral argument on Tactacam, LLC's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2)-(3) and 28 U.S.C. §§ 1406 (Record Document 66). Tactacell avers that oral argument will aid the Court's understanding of the factual and legal issues presented.

  **WHEREFORE**, Tactacell LLC, respectfully requests oral argument of the pending motion before the Court.

            Respectfully submitted,

            **RIESS LEMIEUX, LLC**

           By: */s/ Jonathan S. Forester*
              Jonathan S. Forester (#32457)
              Michael R.C. Riess (#2073)
              1100 Poydras Street, Suite 1100
              New Orleans, Louisiana 70163
              Telephone: (504) 581-3300
              Facsimile: (504) 581-3310
              Email: jforester@rllaw.com
              Email: mriess@rllaw.com

            ***Attorneys for Petitioner, Tactacell, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this 1st day of February, 2024.

/s/ Jonathan S. Forester<br>
Jonathan S. Forester